FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

JAN 7 2009

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLES GADSON, | : | PRISONER MANDAMUS |
| Plaintiff, | : | 28 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| UNNAMED DEFENDANT, | : | CIVIL ACTION NO. |
| Defendant. | : | 1:08-CV-3813-TWT |

## ORDER and OPINION

Plaintiff, Charles Gadson, currently confined in the Chatham County Jail in Savannah, Georgia, has submitted a letter complaint regarding the length of time it is taking to bring him to trial in Chatham County and indicates that he wishes to file a law suit against Chatham County officials. (Doc. No. 1.)

A federal-law action may be brought in a judicial district where any defendant resides, if all defendants reside in the same State, or in the judicial district in which the claims arose. 28 U.S.C. § 1391(b); New Alliance Party of Ala. v. Hand, 933 F.2d 1568, 1570 (11th Cir. 1991) (applying § 1391(b)'s venue provisions to a § 1983 action). Further, a 28 U.S.C. § 2241 federal habeas corpus petition generally should be brought in the United States District Court that is in the federal district within which the prisoner is confined. Ledesma v. United States, 445 F.2d 1323, 1324 (5th

Cir. 1971). When venue is improper, the court may, in the interest of justice, transfer the case to a district court in which it could have been brought. 28 U.S.C. § 1406(a).

Chatham County is located within the Southern District of Georgia. Accordingly, venue is improper in this district, and this Court finds it to be in the interest of justice to transfer this action to the United States District Court for the Southern District of Georgia.

**IT IS ORDERED** that this action is hereby **TRANSFERRED** to the **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA**, along with all orders, motions, affidavits, pleadings and exhibits (if any) filed herein for further proceedings.

**IT IS SO ORDERED**, this __7__ day of __January__, 2009.


_Thomas W. Thrash_
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

2