**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

CHARLES ANTHONY GADSON, JR.,

Plaintiff,

v.

AL ST. LAWRENCE, Sheriff; CHATHAM COUNTY SHERIFF DEPARTMENT,

Defendants.

Case No. CV409-002

# REPORT AND RECOMMENDATION

Because this case is substantively the same as *Gadson v. St Lawrence*, CV409-029,[1] where a Report and Recommendation is pending before Chief Judge William T. Moore, *see id.* doc. 7, the Court advises the district judge to **DISMISS** this case as duplicative.

**SO REPORTED AND RECOMMENDED** this 15th day of April, 2009.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In December 2008, Gadson filed *this* (CV409-002) case in the Northern District of Georgia, which transferred it to this Court. By random assignment, this case is now before Judge B. Avant Edenfield. In January 2009, Gadson filed CV409-029, and a Report and Recommendation has already been entered recommending the dismissal of that suit. However, the "strike" Gadson will have collected in CV409-029 should not be counted again in this case since there is no indication that Gadson is trying to game the system.